July 26, 2016



# JUDGMENT
## The Fourteenth Court of Appeals

AJAZ R. SIDDIQUI, NAJEEB SIDDIQUI AND SUNCOAST ENVIRONMENTAL AND CONSTRUCTION, INC., Appellants

NO. 14-14-00384-CV                            V.

FANCY BITES, L.L.C., QUICK EATS L.L.C., FARHAN S. QURESHI AND SYED KHALID ALI, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Fancy Bites, L.L.C., Quick Eats L.L.C., Farhan S. Qureshi and Syed Khalid Ali, signed February 18, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to delete that portion of the judgment holding Ajaz R. Siddiqui, Najeeb Siddiqui, and Suncoast Construction, Inc., liable to Farhan S. Qureshi and Syed Khalid Ali based on breach of fiduciary duties. We further reform the award of actual damages to Farhan S. Qureshi and Syed Khalid Ali to provide that Farhan S. Qureshi and Syed Khalid Ali jointly recover from Ajaz R. Siddiqui and Najeeb Siddiqui, jointly and severally, actual damages in the amount of $425,000.00, plus prejudgment interest on that sum at the annual rate of 5%, in the amount of $45,050.00, and court costs. We delete that portion of the judgment rendering Suncoast Construction, Inc., jointly and severally liable for the actual damages awarded.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.